IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| V. | § | Cause No. 1:17-MJ-37-1 |
| WESTLEY JUDY POLLARD, JR. | § | |

**ORDER OF COURT APPOINTING COUNSEL**

Because the above-named defendant has testified under oath or has otherwise satisfied this Court that defendant (1) is financially unable to employ counsel, and (2) does not wish to waive counsel, and because the interests of justice so require, the Federal Public Defender is hereby **APPOINTED** to represent this person in the above-designated case.

The appointment shall remain in effect until terminated or a substitute attorney is appointed.

**SIGNED** this 14th of February, 2017.

KEITH F. GIBLIN
UNITED STATES MAGISTRATE JUDGE