FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

JUL 06 2017

BY
DEPUTY_____

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | No. 1:17-CR 93 |
| v. | § | Crone - Giblin |
| | § | |
| WESTLEY JUDY POLLARD, JR. | § | |

INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

**Count One**

(Violation: 18 U.S.C. § 1341,
Mail Fraud)

THE SCHEME

Starting on or about January, 2014, until on or about December, 2016, in the Eastern District of Texas and elsewhere, Westley Judy Pollard, Jr., defendant, with the intent to defraud, devised the following scheme and artifice to defraud and obtain money by materially false and fraudulent pretenses, representations, and promises.

**Westley Judy Pollard, Jr. (Pollard)**, defendant, began working as a salesperson in the rare and precious coin field from 2011 until November, 2016. During this time, Pollard was employed by various coin companies in Beaumont, Texas and the surrounding area, where he sold coins to individual investors. Beginning in early 2014, **Pollard** began soliciting coins from four customers to whom he previously sold coins. **Pollard** told them he could find a purchaser for their coin collections at significantly

higher prices than they originally paid, or that he could get their coins re-graded to a higher level of condition, which would increase their value.   At **Pollard's** direction, the customers would allow him to take possession of their coins so that he could sell or re-grade them, and then return the proceeds or re-graded coins to them.   **Pollard** directed the customers to mail the coins to him via FedEx, or, in some instances, he would take possession directly from the customer.   After receiving the coins, **Pollard** would then sell them to pawnshops or other coin sellers, at significantly lower prices than the investors originally paid and without the owners' consent, using the proceeds from the sales for his personal benefit.   In connection with this scheme, **Pollard** received coins from investors originally purchased for a combined total of approximately $5,480,000.

On October 31, 2016, in the Eastern District of Texas, for the purpose of executing or attempting to execute the above-described scheme and artifice to defraud and deprive, the defendant knowingly caused to be placed in an authorized depository for mail, to be sent and delivered by FedEx, a private or commercial interstate mail carrier, the following matter: a package containing coins belonging to P.K., shipped from Mesa, Arizona to Beaumont, Texas.

All in violation of 18 U.S.C. § 1341.

### Count Two

(Violation: 18 U.S.C. § 1341,
Mail Fraud)

Count Two incorporates by reference the scheme described in Count One.

Starting on or about January, 2014, until on or about December, 2016, in the Eastern District of Texas and elsewhere, **Westley Judy Pollard, Jr.**, defendant, with the intent to defraud, devised the above-described scheme and artifice to defraud and obtain money by materially false and fraudulent pretenses, representations, and promises.

On October 19, 2016, in the Eastern District of Texas, for the purpose of executing or attempting to execute the above-described scheme and artifice to defraud and deprive, the defendant knowingly caused to be placed in an authorized depository for mail, to be sent and delivered by FedEx, a private or commercial interstate mail carrier, the following matter: a package containing coins belonging to P.K., shipped from Mesa, Arizona to Beaumont, Texas.

All in violation of 18 U.S.C. § 1341.

## Count Three

(Violation: 18 U.S.C. § 1341,
Mail Fraud)

Count Three incorporates by reference the scheme described in Count One.

Starting on or about January, 2014, until on or about December, 2016, in the Eastern District of Texas and elsewhere, the Defendant, **Westley Judy Pollard, Jr.**, with the intent to defraud, devised the above-described scheme and artifice to defraud and obtain money by materially false and fraudulent pretenses, representations, and promises.

On August 31, 2016, in the Eastern District of Texas, for the purpose of executing or attempting to execute the above-described scheme and artifice to defraud and deprive, the defendant knowingly caused to be placed in an authorized depository for mail, to be

sent and delivered by FedEx, a private or commercial interstate mail carrier, the following matter: a package containing coins belonging to P.K., shipped from Mesa, Arizona to Beaumont, Texas.

All in violation of 18 U.S.C. § 1341.

## Count Four

(Violation: 18 U.S.C. § 1341,
Mail Fraud)

Count Four incorporates by reference the scheme described in Count One.

Starting on or about January, 2014, until on or about December, 2016, in the Eastern District of Texas and elsewhere, the Defendant, **Westley Judy Pollard, Jr.**, with the intent to defraud, devised the above-described scheme and artifice to defraud and obtain money by materially false and fraudulent pretenses, representations, and promises.

On August 29, 2016, in the Eastern District of Texas, for the purpose of executing or attempting to execute the above-described scheme and artifice to defraud and deprive, the defendant knowingly caused to be placed in an authorized depository for mail, to be sent and delivered by FedEx, a private or commercial interstate mail carrier, the following matter: a package containing coins belonging to P.K., shipped from Mesa, Arizona to Beaumont, Texas.

All in violation of 18 U.S.C. § 1341.

## Count Five

(Violation: 18 U.S.C. § 1341,
Mail Fraud)

Count Five incorporates by reference the scheme described in Count One.

Starting on or about January, 2014, until on or about December, 2016, in the Eastern District of Texas and elsewhere, the Defendant, **Westley Judy Pollard, Jr.**, with the intent to defraud, devised the above-described scheme and artifice to defraud and obtain money by materially false and fraudulent pretenses, representations, and promises.

On August 18, 2016, in the Eastern District of Texas, for the purpose of executing or attempting to execute the above-described scheme and artifice to defraud and deprive, the defendant knowingly caused to be placed in an authorized depository for mail, to be sent and delivered by FedEx, a private or commercial interstate mail carrier, the following matter: a package containing coins belonging to C.G., shipped from Alexandria, Virginia to Beaumont, Texas.

All in violation of 18 U.S.C. § 1341.

## Count Six

(Violation: 18 U.S.C. § 1341,
Mail Fraud)

Count Six incorporates by reference the scheme described in Count One.

Starting on or about January, 2014, until on or about December, 2016, in the Eastern District of Texas and elsewhere, the Defendant, **Westley Judy Pollard, Jr.**, with the intent to defraud, devised the above-described scheme and artifice to defraud and obtain money by materially false and fraudulent pretenses, representations, and promises.

On August 9, 2016, in the Eastern District of Texas, for the purpose of executing or attempting to execute the above-described scheme and artifice to defraud and deprive, the defendant knowingly caused to be placed in an authorized depository for mail, to be sent and delivered by FedEx, a private or commercial interstate mail carrier, the following matter: a package containing coins belonging to C.G., shipped from Alexandria, Virginia to Beaumont, Texas.

All in violation of 18 U.S.C. § 1341.

## Count Seven

(Violation: 18 U.S.C. § 1341, Mail Fraud)

Count Seven incorporates by reference the scheme described in Count One.

Starting on or about January, 2014, until on or about December, 2016, in the Eastern District of Texas and elsewhere, the Defendant, **Westley Judy Pollard, Jr.**, with the intent to defraud, devised the above-described scheme and artifice to defraud and obtain money by materially false and fraudulent pretenses, representations, and promises.

On May 9, 2016, in the Eastern District of Texas, for the purpose of executing or attempting to execute the above-described scheme and artifice to defraud and deprive, the defendant knowingly caused to be placed in an authorized depository for mail, to be sent and delivered by FedEx, a private or commercial interstate mail carrier, the following matter: a package containing coins belonging to B.D., shipped from South Hampton, New Jersey to Beaumont, Texas.

All in violation of 18 U.S.C. § 1341.

### Count Eight

(Violation: 18 U.S.C. § 1341, Mail Fraud)

Count Eight incorporates by reference the scheme described in Count One.

Starting on or about January, 2014, until on or about December, 2016, in the Eastern District of Texas and elsewhere, the Defendant, **Westley Judy Pollard, Jr.**, with the intent to defraud, devised the above-described scheme and artifice to defraud and obtain money by materially false and fraudulent pretenses, representations, and promises.

On May 9, 2016, in the Eastern District of Texas, for the purpose of executing or attempting to execute the above-described scheme and artifice to defraud and deprive, the defendant knowingly caused to be placed in an authorized depository for mail, to be sent and delivered by FedEx, a private or commercial interstate mail carrier, the following matter: a package containing coins belonging to B.D., shipped from South Hampton, New Jersey to Beaumont, Texas.

All in violation of 18 U.S.C. § 1341.

### Count Nine

(Violation: 18 U.S.C. § 1341, Mail Fraud)

Count Nine incorporates by reference the scheme described in Count One.

Starting on or about January, 2014, until on or about December, 2016, in the Eastern District of Texas and elsewhere, the Defendant, **Westley Judy Pollard, Jr.**, with

the intent to defraud, devised the above-described scheme and artifice to defraud and obtain money by materially false and fraudulent pretenses, representations, and promises.

On May 8, 2015, in the Eastern District of Texas, for the purpose of executing or attempting to execute the above-described scheme and artifice to defraud and deprive, the defendant knowingly caused to be placed in an authorized depository for mail, to be sent and delivered by FedEx, a private or commercial interstate mail carrier, the following matter: a package containing coins belonging to K.M., shipped from Austin, Texas to Beaumont, Texas.

All in violation of 18 U.S.C. § 1341.

## Count Ten

(Violation: 18 U.S.C. § 1341,
Mail Fraud)

Count Ten incorporates by reference the scheme described in Count One.

Starting on or about January, 2014, until on or about December, 2016, in the Eastern District of Texas and elsewhere, the Defendant, **Westley Judy Pollard, Jr.**, with the intent to defraud, devised the above-described scheme and artifice to defraud and obtain money by materially false and fraudulent pretenses, representations, and promises.

On January 15, 2015, in the Eastern District of Texas, for the purpose of executing or attempting to execute the above-described scheme and artifice to defraud and deprive, the defendant knowingly caused to be placed in an authorized depository for mail, to be sent and delivered by FedEx, a private or commercial interstate mail carrier, the

following matter: a package containing coins belonging to K.M., shipped from Austin, Texas to Beaumont, Texas.

All in violation of 18 U.S.C. § 1341.

### Count Eleven

(Violation: 18 U.S.C. § 1341, Mail Fraud)

Count Eleven incorporates by reference the scheme described in Count One.

Starting on or about January, 2014, until on or about December, 2016, in the Eastern District of Texas and elsewhere, the Defendant, **Westley Judy Pollard, Jr.**, with the intent to defraud, devised the above-described scheme and artifice to defraud and obtain money by materially false and fraudulent pretenses, representations, and promises.

On December 9, 2014, in the Eastern District of Texas, for the purpose of executing or attempting to execute the above-described scheme and artifice to defraud and deprive, the defendant knowingly caused to be placed in an authorized depository for mail, to be sent and delivered by FedEx, a private or commercial interstate mail carrier, the following matter: a package containing coins belonging to K.M., shipped from Austin, Texas to Beaumont, Texas.

All in violation of 18 U.S.C. § 1341.

### NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE

Pursuant to 18 USC § 981(a)(1)(c) & 28 USC § 2461

Upon conviction of one or more of the offenses alleged in Counts One through Eleven of this indictment, defendant Westley Judy Pollard, Jr. shall forfeit to the United States, pursuant to 18 U.S.C. § 982(a)(7), § 981(a)(1)(c) & 28 USC § 2461, any property constituting or derived from proceeds obtained directly or indirectly as a result of the said violations, including but not limited to the following:

### A. Money Judgment

A sum of money equal to $5,480,000 in United States currency representing the amount of proceeds obtained as a result of the offense described in Counts One through Eleven of this information, in violation of 18 U.S.C. § 1341.

### B. Substitute Assets

If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty; it is the intent of the United States, pursuant to 21 U.S.C. § 853(p) as incorporated by 18 U.S.C. § 982(b), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property described above.

By virtue of the commission of the offenses alleged in Count One of this information, any and all interest the defendants have in the above-described property is vested in the United States and hereby forfeited to the United States pursuant to 18 U.S.C. § 982(a)(7).

A TRUE BILL

_____   Date: 7/6/17
GRAND JURY FOREPERSON


BRIT FEATHERSTON
ACTING UNITED STATES ATTORNEY

_____   Date: 7-6-17
CHRISTOPHER T. TORTORICE
ASSISTANT U. S. ATTORNEY

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § | No. 1:17-CR- 93 |
| | § | Judge |
| WESTLEY JUDY POLLARD, JR. | § | |

## NOTICE OF PENALTY

### COUNTS ONE THROUGH ELEVEN

**Violation**: 18 U.S.C. § 1341 (Mail Fraud)

**Penalty**:  Not more than 20 years imprisonment; a fine of not more than $250,000 or twice the pecuniary gain to the defendant or loss to the victim, or both.  A term of supervised release of not more than three years.

**Special Assessment**: $100.00